```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

U2 HOME ENTERTAINMENT, INC.,      :     07 Civ. 8296 (SHS)

         Plaintiff,      :

    -against-      :     ORDER

"JOHN DOES" I THROUGH V DOING      :
BUSINESS AS "BROADWAY VIDEO,"
                                                                  :
         Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with only counsel for plaintiff present,

     IT IS HEREBY ORDERED that:

     1.     Plaintiff may amend the complaint to add additional defendants on or before October 25, 2007;

     2.     If no answer to the amended complaint is filed by defendants by the due date, plaintiff shall move for a default judgment, on notice to defendants, with a return date of December 21, 2007, in Courtroom 23A at 10:00 a.m. The motion shall contain a completed Clerk's Certificate of Default, a proposed judgment and support for any proposed award of damages and fees; and

     2.     Plaintiff shall immediately send a copy of this Order to defendants.

Dated: New York, New York
       October 12, 2007

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.