United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 5
DATE FILED: 10/5/07

------------------------------------X
|
ABC                       |
|         NOTICE OF REASSIGNMENT
|
-V-                       |
|
|         07   civ.  8296   (     )
|
DEF                       |
|
------------------------------------X

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE        Sidney H. Stein

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the reassigned judge's initials after the case number.

J. Michael McMahon, Clerk of Court

Dated: 10/5/2007

by [signature]

Roberto Trotman    , Deputy Clerk

REDESIGNATED TO MAGISTRATE JUDGE

CC: Attorneys of Record

NOTICE OF REASSIGNMENT FORM

U.S.D.C. S.D.N.Y. Docket Support Unit                           Revised: March 27, 2006