UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
U2 HOME ENTERTAINMENT, INC.,           :   07 CIV 8296
                                       :
            Plaintiff,                 :
                                       :
      vs.                              :   ORDER TEMPORARILY
                                       :   SEALING COURT FILE
"JOHN DOES" I THROUGH V DOING BUSINESS :
AS "BROADWAY VIDEO"                    :
                                       :
            Defendants.                :
                                       :
----------------------------------x

The Court has read and duly considered the complaint; the affidavits of Harvey Shapiro, Lynda Hung and Judy Yang; and the memorandum of law submitted by plaintiff in this matter and good cause appearing it is;

ORDERED, that the complaint and all other pleadings in this case be filed under seal, and that the court file be maintained under seal until further order of this Court or notification to the Clerk that the seizure has been executed;

ORDERED, that the Clerk of this Court may have access to the sealed file to implement or insure compliance with orders issued in this case.

Dated: _____, 2007

                                    _____
                                    UNITED STATES DISTRICT JUDGE