UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x    07-CIV
U2 HOME ENTERTAINMENT, INC.,

      Plaintiff,

  vs.

"JOHN DOES" I THROUGH V DOING BUSINESS
AS "BROADWAY VIDEO"

      Defendants.
- - - - - - - - - - - - - - - - - - -x

07 CIV 8296

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs certifies that there are not any corporate parents or publicly held companies owning more than 10% of the stock of the plaintiff corporation, U2 Home Entertainment, Inc.

DATED: Sept 17, 2007

                                                Harvey Shapiro