I, JUDY YANG, being first sworn, depose and say the following, subject to penalty of perjury:

1. I am an investigator, employed by Filley & Associates, a private investigation company. All of the matters stated herein are based on my personal knowledge. If sworn as witness I could and would testify competently to the matters stated herein.

2. At the request of Plaintiff U2 HOME ENTERTAINMENT, INC., I was assigned to conduct a survey of the following video outlets in the New York Metropolitan Area, New York for suspected copyright infringement.

## "BROADWAY VIDEO"

1. On or about July 14, 2007 at approximately 12:30PM, I visited the store premises of Defendant "BROADWAY VIDEO" located at 120 E. Broadway, New York, NY 10002. The store specializes in the sale and rental of Chinese language video discs. It is a small both located on street level. I observed metal shelves along the wall and observed boxes containing bootlegged discs on the floor. I observed a female attendant in her 20's in charge of the store. I estimated that the store occupies an area of approximately seven hundred (700) square feet.

2. I observed approximately eight hundred (800) Chinese language video discs for sale in which I estimated approximately sixty (60) to be Plaintiff's titles. None of the discs I observed had Plaintiff's packaging. I selected and purchased two television drama series to which Plaintiff owns the copyrights as follows: DALI PRINCESS (Episodes 1-31) and SWORD STAINED WITH ROYAL BLOOD (Episodes 1-30). I paid a sum of $19.00 in cash. No receipt or business card was issued.

3. All of the purchased video discs from the Defendant were forward to Plaintiff's Associate Counsel LYNDA HUNG, ESQ.

Executed this 8 day of August, 2007 in San Francisco, California.

_____
JUDY YANG

SUBSCRIBED AND SWORD TO BEFORE ME on the 8 day of August, 2007.

_____
Notary Public in and for The State of CALIFORNIA



MICHAEL JOHN SCARDINO
Commission # 1596034
Notary Public - California
San Mateo County
My Comm. Expires Aug 17, 2009