AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

U2 HOME ENTERTAINMENT, INC.,

      Plaintiff,

vs.

"JOHN DOES" I THROUGH V DOING BUSINESS AS "BROADWAY VIDEO"

      Defendants.

**APPEARANCE**

Case Number: 07-CIV-8296

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U2 Home Entertainment, Inc.

I certify that I am admitted to practice in this court.

10/15/07
Date

_/s/ WML_
Signature

Walter-Michael Lee     WL6353
Print Name     Bar Number

Sargoy, Stein, Rosen & Shapiro, 1790 Broadway, 14th Fl.
Address

New York     NY     10019
City     State     Zip Code

(212) 621-8247     (212) 581-2755
Phone Number     Fax Number