UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x    07-CIV-8296(GBD)(AJP)

U2 HOME ENTERTAINMENT, INC.,                   :

                    Plaintiff,                 :

            vs.                                :

"JOHN DOES" I THROUGH V DOING BUSINESS         :
AS "BROADWAY VIDEO"                            :

                    Defendants.                :

- - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF SERVICE BY MAIL

I, Walter-Michael Lee, being sworn, say: I am not a party to the action, am over 18 years of age and reside in New York, New York. On October 16, 2007 I served VIA MAIL the ORDER dated October 11, 2007 to:

                    Broadway Video
                    120 East Broadway, Unit C
                    New York, New York 10002

Dated:  October 16, 2007

                                        _____
                                        Walter-Michael Lee