NA01311107163                                                    Sargoy, Stein Rosen & Shapiro

## AFFIDAVIT OF SERVICE

Court: United States District          County: Eastern
-------------------------------------------------
**U2 Home Entertainment Inc.**
                                       Plaintiff
          against
                                       Index #:07civ8296
**Fu Shun Wang, and John Does II-V**
**d/b/a Broadway Video**
                                       Defendant(s)
-------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK              ss.
**Byron Robusky** being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in
the State of New York.
Deponent attempted to make personal service of a true copy of the
**Amended Summons and Amended Complaint**
in the above titled action
upon **Fu Shun Wang** therein named:
at the aforementioned address, to wit
**144 East Broadway,**
**, New York, New York, 10002**
That personal service could not be made with due diligence upon the
said **Fu Shun Wang** and therefore
deponent on **October 26, 2007 at 1:35 pm** at the aforementioned address,
served a true copy or copies of the
**Amended Summons and Amended Complaint**
herein upon the said **Fu Shun Wang**
by affixing the same to the door of said **Fu Shun Wang.**

Since admittance could not be obtained upon resonable application, or a person of
suitable age and discretion found who would receive the same, true copies thereof.
Deponent was unable to ascertain from neighbor(s) either the place of employment of
the defendant or his usual hours at home.
Prior attempts were made on **October 25, 2007 at 7:17 pm**
and **October 24, 2007 at 7:55 am**

Deponent spoke to **Ms. Liu, neighbor** at **apartment 3**
who verified that the person served did in fact reside at that address.

On **October 29, 2007** I deposited in the United States mails a true copy or copies of
the properly enclosed and sealed in a postpaid wrapper addressed to the said
Fu Shun Wang   at the aforementioned address. Copy mailed 1st class mail
marked "Personal and Confidential" not indicating on the outside thereof, by return
address or otherwise that said notice is from an attorney or concerns an action
against the person to be served.

Sworn to before me this
 October 29, 2007
Lana Faith Pollack
Commissioner of Deeds
No. 1 - 1-5437                                        _____
Certificate Filed in New York County                   Byron Robusky 867464
Commission Expires July 1, 2008

The Letter of The Law Process Service Co. Inc., 577 Grand Street Suite F907, New York N.Y. 10002