```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x    07-CIV-8296(SHS)
U2 HOME ENTERTAINMENT, INC.,           :
                                       :
              Plaintiff,               :
                                       :
        vs.                            :
                                       :
FU SHUN WANG AND "JOHN DOES" II        :
THROUGH V DOING BUSINESS AS            :
AS "BROADWAY VIDEO"                    :
                                       :
              Defendants.              :
                                       :
- - - - - - - - - - - - - - - - - - -x
```

### NOTICE OF MOTION FOR DEFAULT JUDGMENT
### AGAINST FU SHUN WANG D/B/A BROADWAY VIDEO

To:  Fu Shun Wang
     144 East Broadway
     Apartment 8
     New York, New York 10002

PLEASE TAKE NOTICE that plaintiff, U2 HOME ENTERTAINMENT INC. hereby moves for a default judgment against Fu Shun Wang d/b/a Broadway Video in the form attached hereto as Exhibit A; the Clerk's Certificate of Default is attached hereto as Exhibit B; the affirmation of Harvey Shapiro, attached hereto as Exhibit C; the affidavit of Lynda Hung, attached hereto as Exhibit D; and all prior pleadings and proceedings herein. A memorandum of law is also submitted in support of plaintiff's motion.

Pursuant to Local Rule 6.1, any opposition to this motion shall be served within ten (10) business days after service of this motion. Reply papers, if any, shall be served five (5)

business days after service of the opposing papers.

The return date for this motion is December 21, 2007, at 9:30 AM Courtroom 23A before the Honorable Sydney H. Stein.

Dated: Nov 30, 2007

                                        **SARGOY, STEIN, ROSEN & SHAPIRO**

                                        By: _____
                                              Harvey Shapiro
                                              1790 Broadway, 14th Floor
                                              New York, N.Y. 10019
                                              (212) 621-8224
                                              ATTORNEYS FOR PLAINTIFF