UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x    07-CIV-8296(SHS)
U2 HOME ENTERTAINMENT, INC.,                :
                                            :
              Plaintiff,                    :
                                            :
        vs.                                 :
                                            :
FU SHUN WANG AND "JOHN DOES" II             :
THROUGH V DOING BUSINESS AS                 :
AS "BROADWAY VIDEO"                         :
                                            :
              Defendants.                   :
                                            :
- - - - - - - - - - - - - - - - - - - -x

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION
## AGAINST FU SHUN WANG DOING BUSINESS AS BROADWAY VIDEO

Whereas, this action having been commenced on September 24, 2007 with the filing of a Summons and Complaint;

Whereas, on October 17, 2007, the complaint was amended to name Fu Shun Wang as a defendant in this action;

Whereas, on October 26, 2007, Fu Shun Wang was served with a copy of the Amended Summons and Amended Complaint;

Whereas, proof of such service has been filed with the Clerk of the Court;

Whereas, Fu Shun Wang has not answered nor moved with respect to the Amended Complaint;

Whereas, the time for answering or moving with respect to the Amended Complaint has expired; and

Whereas, a default having been entered by the Clerk of this

Court, it is hereby

ORDERED, ADJUDGED AND DECREED, that Fu Shun Wang, his employees, agents, and those acting in concert with them, are permanently enjoined from:

1. Further infringing the copyrighted motion pictures for which plaintiff owns exclusive distribution rights (hereinafter referred to as "the Plaintiff's Motion Pictures"), 1) by importing, duplicating, manufacturing, or otherwise copying any videocassette or videodisc copies of Plaintiff's Motion Pictures; or 2) by renting, selling, leasing, lending or otherwise distributing unauthorized copies of the Plaintiff's Motion Pictures; and it is further

2. Further using the names of the Plaintiff's Motion Pictures or the trademarks, tradenames, logos, or corporate names of the plaintiff in connection with videocassettes or videodiscs in any manner which is likely to cause confusion or mistake or deception in connection with the distribution, advertising, promotion and sale of copies of the plaintiff's motion pictures; and it is further;

ORDERED, ADJUDGED AND DECREED, that

a)   plaintiff be awarded statutory damages pursuant to 17 U.S.C. §504(c) in the amount of $_____ against Defendants;

b)   that the award of statutory damages shall accrue interest

pursuant to 28 U.S.C. §1961;

    c)   that the seized materials be forfeited to plaintiff for destruction or other disposition; and

    d)   that the bond posted by plaintiff be vacated.


Dated:    New York, New York

           _____, 2007

                                                 Sidney H. Stein
                                   United States District Judge