```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x   07-CIV-8296(SHS)
U2 HOME ENTERTAINMENT, INC.,                :

              Plaintiff,                    :

     vs.                                    :

FU SHUN WANG AND "JOHN DOES" II             :
THROUGH V DOING BUSINESS AS                 :
AS "BROADWAY VIDEO"                         :

              Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - -x
```

### CLERK'S CERTIFICATE

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that that the Affidavit of Service in the above-entitled action indicates that defendant, Fu Shun Wang was served with the Amended Summons and Amended Complaint on October 26, 2007, by affixing a copy of such to the door of the defendant's residence located at 144 East Broadway, Apt. 8, New York, NY and then mailing such to defendant at his residence.

I further certify that a review of the court file and docket entries indicates that defendant Fu Shun Wang has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The default of the defendant Fu Shun Wang is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       Nov 30, 2007

By: *J. Michael McMahon*
J. Michael McMahon, Clerk
United States District Court