UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x   07-CIV-8296(SHS)

U2 HOME ENTERTAINMENT, INC.,                :
                                            :
                    Plaintiff,              :
                                            :
        vs.                                 :
                                            :
FU SHUN WANG AND "JOHN DOES" II             :
THROUGH V DOING BUSINESS AS                 :
AS "BROADWAY VIDEO"                         :
                                            :
                    Defendants.             :
                                            :
- - - - - - - - - - - - - - - - - - - -x


### AFFIDAVIT OF LYNDA HUNG
### IN SUPPORT OF PLAINTIFF'S
### MOTION FOR DEFAULT JUDGMENT


Lynda Hung, being duly sworn, deposes and states:

1.   I am Legal Counsel for the plaintiff U2 Home Entertainment Inc. and submit this affidavit in support of plaintiff's application for a default judgment against Fu Shun Wang d/b/a Broadway Video. ("Defendant")

2.   Plaintiff is the exclusive United States distributor of certain Asian motion pictures and television programs, which works are protected under the copyright laws of the United States (hereinafter referred to as "Plaintiff's Motion Pictures"). Plaintiff is also the owner or exclusive licensee of registered trademark which are affixed to legitimate copies

of Plaintiff's Motion Pictures.

3.   This is an action for copyright infringement and
trademark against all defendants who operate a retail video
store located at 120 East Broadway, Unit C, New York, New York
10002.  As set forth in the Complaint, the Amended Complaint and
the affidavits submitted in support of plaintiff's application
for an Order of Seizure, Defendant has engaged in the
unauthorized importation, duplication and/or distribution of
Plaintiff's Motion Pictures.

4.   On September 24, 2007, this Court issued an Order of
Seizure, providing, *inter alia,* for the seizure and impoundment
of unauthorized copies of Plaintiff's Motion Pictures from
Defendant as well as any equipment being used to create such
unauthorized copies.

5.   On October 6, 2007, United States Marshals accompanied
by plaintiff's representatives, including myself, went to
Defendant's store to execute the Order of Seizure.  The Marshals
served the Order of Seizure, the Summons and Complaint, and
supporting documents.  Immediately following service of these
pleadings, approximately 123 unauthorized copies of Plaintiff's
Motion Pictures were seized from Defendant.  An inventory of
titles seized including the number of works infringed is
attached hereto as Exhibit A.  Plaintiff is the owner of
exclusive distribution rights for these copyrighted works each

of which has been infringed by Defendants.

6.    During the seizure, plaintiff also located in a storage file and impounded a document that identified the "John Doe" defendants.  This document was a "Notice of Recorded Lien" for an automobile addressed to Mr. Wang.  Mr. Wang has previously been sued by plaintiff on two different occasions regarding his sales of unauthorized versions of Plaintiff's Motion Pictures.

7.    Plaintiff's Motion Pictures were being distributed on DVD-9 format.  DVD-9 is a format of digital video disc which allow longer lengths of programming as compared to the regular DVD formats.  Plaintiff does not use the DVD-9 format for any of its motion pictures.  Pirates use this format because they can place a large amount of episodes of Plaintiff's Motion Pictures on a single disc.

8.    All of the motion pictures at issue are registered with the Copyright Office or have pending registration or are protected under international treatises.  The certificates of copyright registrations for the works in which plaintiff requests statutory damages are hereto attached as Exhibit B. These registrations show that Defendant infringed approximately 267 separate copyrighted works.

9.    The Copyright Act provides that a prevailing plaintiff be awarded statutory damages of $750 to $30,000 for each

copyrighted work infringed.   17 U.S.C. § 504(c).   Plaintiff elects statutory damages and requests only a minimum statutory damage award of $750 per work infringed.   Therefore, plaintiff seeks a statutory damage award for each of 267 works or $200,250.00.

10.   Plaintiff is suffering severe and irreparable injury because of the distribution of unauthorized discs of Plaintiff's Motion Pictures.   Such unauthorized activity undercuts and threatens to destroy the market for authorized discs. Plaintiff spends substantial sums and resources advertising and promoting its licensed titles through newspaper advertisements, catalogs, websites, poster and promotional items.   Defendant benefits from plaintiff's marketing efforts but distribute unauthorized copies of plaintiff's discs.   Defendant and other pirates do not pay license fees for exclusive United States distribution rights as does plaintiff and therefore can and do undercut plaintiff's wholesale prices. Defendant's infringing activity also put them at a competitive advantage over plaintiff's legitimate licensees. Plaintiff also suffers severe and irreparable injury because its customers are being misled as to the source and origin of the videodiscs since retailers such as Defendant are distributing illegally duplicated inferior versions of Plaintiff's Motion Pictures.

11.   The unauthorized distribution of Plaintiff's Motion

Pictures undercuts plaintiff's ability to sell and distribute its copies to video stores; undermines plaintiff's licensed retailers from selling or renting the legitimate copies to consumers; and damages consumers who are paying for an inferior quality copy.

Wherefore, it is respectfully requested that a default judgment be entered against Defendant, 1) awarding plaintiff statutory damages under the Copyright Act of $200,250.00; 2) awarding plaintiff its costs of suit including reasonable attorney's fees if plaintiff is not granted statutory damages of $200,250.00; and 3) permanently enjoining Defendant from further infringing plaintiff's copyrights.

Dated _Nov. 20_ , 2007

_Lynda Hung_

Sworn to before me this
_20_ day of _Nov_ 2007

Notary Public

MICHAEL JOHN SCARDINO
Commission # 1596034
Notary Public - California
San Mateo County
My Comm. Expires Aug 17, 2009

# EXHIBIT A

**List of Seized Discs From Broadway Video**
**October 2, 2007**

| Title | Episodes | Registration Number | Quantity Seized | Works for Which Statutory Damges Are Requested |
|-------|----------|---------------------|-----------------|-----------------------------------------------|
| **TVB Series** | | | | |
| Dicey Business | 1-20 | PA 1-354-363 | 3 | 35 |
| | 21-35 | PA 1-354-362 | | |
| The Drive of Life | | Pending | 35 | |
| **Tai Seng Series** | | | | |
| Wing Chun aka Yong Chun | | Pending | 5 | |
| Emerald On The Roof | 1-30 | PA 1-343-174 | 3 | 30 |
| Singing When You Are Sad | 1-32 | PAu3-133-561 | 8 | 32 |
| Dali Princess | 1-31 | PA 1-354-415 | 19 | 31 |
| Great Revival, The | 1-41 | PA 1-373-852 | 18 | 41 |
| Mama's Soup House | 1-26 | PA 1-378-768 | 1 | 26 |
| Legendary Warrior, The | 1-2 | PAu3-058-204 | 20 | 32 |
| | 3-6 | PAu3-098-842 | | |
| | 7-32 | PAu3-071-438 | | |
| Fairies of Liaozhai | 1-38 | PA 1-355-575 | 4 | 38 |
| **Movies** | | | | |
| Love Is Not All Around | | PA 1-383-677 | 4 | 1 |
| Lady Iron Chef, The | | PA 1-383-678 | 3 | 1 |
| **Total** | | | **123** | **267** |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-354-363

**Effective date of registration:**

March 7, 2007

## Title

Title of Work: Dicey Business - Episodes 1-20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication

Year of Completion: 2006

Date of 1st Publication: November 20, 2006    Nation of 1st Publication: Hong Kong

## Author

Author: TELEVISION BROADCASTS LIMITED

Nature of Authorship: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                                    Pseudonymous: No

Author: TVBO PRODUCTION LIMITED

Nature of Authorship: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No

## Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement

## Limitation of copyright claim

Previously registered: No

## Certification

Name: KAREN P.Y. WAN

Date: February 10, 2007

Correspondence: Yes

IPN #:    ║║║║║║║║║║║║║║║║║║║
          * 1 5 8 6 1 0 0 9 2 *

Registration #:    ║║║║║║║║║║║║║║║║║║║
                   * P A 0 0 0 1 3 5 4 3 6 3 *

Service Request #:   1-5760460

10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-354-362

**Effective date of registration:**

March 7, 2007

## Title ──────────────

**Title of Work:** Dicey Business - Episodes 21-35

**Nature of Work:** MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication ──────────────

**Year of Completion:** 2006

**Date of 1st Publication:** December 18, 2006      **Nation of 1st Publication:** Hong Kong

## Author ──────────────

**Author:** TELEVISION BROADCASTS LIMITED

**Nature of Authorship:** CO-AUTHOR OF MOTION PICTURE

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

**Anonymous:** No                          **Pseudonymous:** No

**Author:** TVBO PRODUCTION LIMITED

**Nature of Authorship:** CO-AUTHOR OF MOTION PICTURE

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

**Anonymous:** No

## Copyright claimant ──────────────

**Copyright Claimant:** TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim ──────────────

**Previously registered:** No

## Certification ──────────────

**Name:** KAREN P.Y. WAN

**Date:** February 10, 2007

**Correspondence:** Yes

IPN #:

**\* 1 5 8 6 1 0 1 1 7 \***

Registration #:

**\* P A 0 0 0 1 3 5 4 3 6 2 \***

Service Request #:   1-5760525

10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-343-174**

EFFECTIVE DATE OF REGISTRATION

Nov 3 2006
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Emerald On The Roof (Episodes 1 30)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

屋頂上的綠寶石

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture with Chinese Language

## 2

**a** **NAME OF AUTHOR ▼**

Beijing Dongwang Culture & Development Co Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  China
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Work

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

First Media Holdings Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  China
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Work

**c** **NAME OF AUTHOR ▼**

Beijing Cathay Media, Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  China
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed Instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Work

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given In all cases.
2006  Year In all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month August    Day 17    Year 2006
China    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Beijing Dongwang Culture & Development Co  Ltd/ First Media Holdings Limited/ Beijing Cathay Media Ltd c/o Century Home Entertainment 180 South Spruce Ave  Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 2 2 2006
ONE DEPOSIT RECEIVED
SEP 2 2 2006
TWO DEPOSITS RECEIVED
Chinese Subtitles
FUNDS RECEIVED
FUNDS RECEIVED NOV 0 3 2006

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY ☞

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                    Account Number ▼

CENTURY HOME ENTERTAINMENT                          DA077623

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Alan T Hue, Esq
CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue, Suite 250
South San Francisco  CA  94080

**b**

Area code and daytime telephone number    ( 650 ) 871-8761          Fax number   ( 650 ) 871-2887

Email  alanhue@txseng.com

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **CENTURY HOME ENTERTAINMENT**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date.

Alan T Hue, Esq                                           Date  9/15/2006

☞        Handwritten signature (X) ▼

x _____

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
CENTURY HOME ENTERTAINMENT

Number/Street/Apt ▼
180 South Spruce Avenue, Suite 250

City/State/ZIP ▼
South San Francisco, CA  94080

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D C 20559-6000

**9**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500

Rev. June 2002—20,000    Web Rev June 2002    ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461 113/20 021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3 – 133 – 561**

EFFECTIVE DATE OF REGISTRATION

6     15     07
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

Singing When You Are Sad (Episodes 1-32)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

悲傷時唱首歌

**NATURE OF THIS WORK ▼** See instructions

Drama Series

## 2

**a** **NAME OF AUTHOR ▼**

Beijing Cathay Media

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.

2007

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___

Unpublished

Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Beijing Cathay Media
c/o CENTURY HOME ENTERTAINMENT
180 South Spruce Ave, Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 15 2007
ONE DEPOSIT RECEIVED
JUN 15 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Mandarin Language
Chinese Subtitles

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY  RR | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

CENTURY HOME ENTERTAINMENT                          DA 077623

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Lynda Hung, Esq.
CENTURY HOME ENTERTAINMENT
180 South Spruce Ave, Suite 250, South San Francisco, CA 94080

Area code and daytime telephone number  ( 650 ) 871-8761          Fax number  ( 650 ) 871-2887

Email  lyndahung@taiseng.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CENTURY HOME ENTERTAINMENT

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lynda Hung, Esq.                                    Date  6/8/2007

Handwritten signature (X) ▼

☞  x _____

| Certificate will be mailed in window envelope to this address: | Name ▼ CENTURY HOME ENTERTAINMENT | **9** |
| | Number/Street/Apt ▼ 180 South Spruce Ave, Suite 250 | |
| | City/State/Zip ▼ South San Francisco, CA 94080 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA Full  Rev: 07/2006  Print: 07/2006  10,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# PA 1-354-415

**Effective date of registration:**

December 29, 2006

## Title

**Title of Work:** Dali Princess (Episodes 1-31)

**Nature of Work:** Motion Picture with Chinese soundtrack and subtitles.

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** November 24, 2006

## Author

**Author:** Cosmedia International Limited

**Author Created:** Entire work

**Work made for hire:** Yes

**Citizen of:** United Kingdom Misc. Islands

## Copyright claimant

**Copyright Claimant:** Cosmedia International Limited

c/o Century Home Entertainment, 180 South Spruce Avenue, Suite 250, South San Francisco, CA 94080

## Limitation of copyright claim

## Certification

**Name:** Lynda Hung

**Date:** December 19, 2006

**Correspondence:** Yes

**Copyright Office notes:** Regarding author information: Application states "BVI" for citizenship.

**TPN #:**

*158438445*

**Registration #:**

*PA0001354415*

**Service Request #:**   1-5368352

Century Home Entertainment
Lynda Hung
180 South Spruce Avenue, Suite 250
South San Francisco, CA 94080

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-373-852**

EFFECTIVE DATE OF REGISTRATION

3   22   07
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

The Great Revival (Episodes 1-41)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

臥薪嚐膽

**NATURE OF THIS WORK ▼** See instructions

Drama Series

## 2

**a** **NAME OF AUTHOR ▼**

Joy Media Group, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ China
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month January   Day 8   Year 2007
China   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Joy Media Group, Inc.
c/o Century Home Entertainment
180 South Spruce Avenue, Suite 250, South San Francisco, CA 94080

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 28 2007
ONE DEPOSIT RECEIVED
MAR 28 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Mandarin Version Chinese Subtitles

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                           Account Number ▼

Century Home Entertainment, Inc.                          DA 077623

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Lynda Hung, Esq.
CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue, Suite 250, South San Francisco, CA 94080

Area code and daytime telephone number  ( 650 ) 871-8761        Fax number  ( 650 ) 871-2887
Email ·

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of CENTURY HOME ENTERTAINMENT
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lynda Hung, Esq.                                           Date  3/20/2007

Handwritten signature (X) ▼

☞                x

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
CEntury Home Entertainment
ATTN:  Lynda Hung, Esq.

Number/Street/Apt ▼
180 South Spruce AVenue Suite 250

City/State/Zip ▼
South San Francisco, CA 94080

· Complete all necessary spaces
· Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full  Rev: 07/2006  Print: 07/2006 — 50,000  Printed on recycled paper        U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-378-768**



EFFECTIVE DATE OF REGISTRATION

April 24, 2007

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Mama's Soup House (Episodes 1-26)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

妈妈 的 醬湯館

**NATURE OF THIS WORK ▼** See instructions

Drama Series

## 2

**a**  **NAME OF AUTHOR ▼**

China Central Television

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ___ China
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
All aspects of production.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month December  Day 23  Year 2006
China  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Enoch Entertainment Inc.
c/o Century Home Entertainment
180 South Spruce Avenue, Suite 250, South San Francisco, CA 94080

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Transfer of all right by owner by written contract.

APPLICATION RECEIVED
APR 2 4 2007
ONE DEPOSIT RECEIVED
APR 2 4 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

(4) 1/2 world

Dubbed Chinese

Chinese subtitles

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

**\* Deposit is a motion picture.**

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM PA</td></tr>
<tr><td colspan="3">CHECKED BY</td></tr>
<tr><td>☐ CORRESPONDENCE<br>Yes</td><td></td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              Account Number ▼

Century Home Entertainment                        DA 077623

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Lynda Hung, Esq.
CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue, Suite 250, South San Francisco, CA 94080

**b**

Area code and daytime telephone number  ( 650 ) 871-8761        Fax number ( 650 ) 871-2887
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CENTURY HOME ENTERTAINMENT
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lynda Hung, Esq.                                    Date  4/6/2007

Handwritten signature (X) ▼

x _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼  Lynda Hung
Century Home Enter.
Number ▼  180 South Spruce Ave, Ste 250
City/State/Zip ▼  S. San Francisco, CA 94080

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3-058-204**

EFFECTIVE DATE OF REGISTRATION

| 8 | 8 | 2006 |
|---|---|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

The Legendary Warrior (Episodes 1 2)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

薛仁貴傳奇

**NATURE OF THIS WORK ▼** See Instructions

Drama Series

## 2

**NAME OF AUTHOR ▼**

a   Beijing Dafu Yang Guang Cultural Development Co Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  CHINA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given Year in all cases.
a   2006

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
b   Month      Day      Year
Unpublished                              Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Beijing Dafu Yang Guang Cultural Development Co Ltd
c/o Century Home Entertainment
180 South Spruce Ave , Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
AUG - 8 2006
ONE DEPOSIT RECEIVED
AUG - 8 2006     ½" VT/D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
*Chinese language + subtitles*

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY                    **FORM PA**

CHECKED BY

☐ CORRESPONDENCE    **FOR**
☐ Yes             **COPYRIGHT**
                             **OFFICE**
                             **USE**
                             **ONLY**

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

---

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼ If your answer is No do not check box A, B or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes give Previous Registration Number ▼      Year of Registration ▼

---

**6** **DERIVATIVE WORK OR COMPILATION** Complete both spaces 6a and 6b for a derivative work, complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space.

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

---

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                Account Number ▼
CENTURY HOME ENTERTAINMENT        DA077623

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼
Alan T Huse, Esq
CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue  Suite 250
South San Francisco  CA  94080

Area code and daytime telephone number   ( 650 ) 871-8761      Fax number   ( 650 ) 871-2887
Email alanhue@taiseng.com.

---

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶   ☐ author
               ☐ other copyright claimant
               ☐ owner of exclusive right(s)
               ☒ authorized agent of **CENTURY HOME ENTERTAINMENT**
                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Alan T Huse  Esq                        Date 9/01/2006

☞   Handwritten signature (X) ▼
    x

---

**9**
Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
CENTURY HOME ENTERTAINMENT
Number/Street/Apt ▼
180 South Spruce Avenue  Suite 250
City/State/ZIP ▼
South San Francisco  CA  94080

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

---

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ⏺ Printed on recycled paper            U S Government Printing Office 2000-461 113/20 021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PAu 3 - 098 - 842**

REGR

EFFECTIVE DATE OF REGISTRATION

11 / 3 / 06
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
The Legendary Warrior (Episodes 3-6)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
薛仁貴傳奇

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**a** **NAME OF AUTHOR ▼**
Beijing Dafu Yang Guang Cultural Development Co. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___China___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006
Year     This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ____ Day ____ Year ____
Unpublished
Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Beijing Dafu Yang Guang Cultural Development Co. Ltd.
c/o Century Home Entertainment
180 South Spruce Ave Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 1 0 2006
ONE DEPOSIT RECEIVED
OCT 1 0 2006  ½"VT/D
TWO DEPOSITS RECEIVED 2006
FUNDS RECEIVED
FUNDS RECEIVED NOV 0 3 2006

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions. · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                               Account Number ▼

CENTURY HOME ENTERTAINMENT                          DA077623

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼
Alan T. Huie, Esq.
CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue, Suite 250
South San Francisco, CA 94080

**b**

Area code and daytime telephone number  ( 650 ) 871-8761          Fax number  ( 650 ) 871-2887
Email  alanhuie@taiseng.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CENTURY HOME ENTERTAINMENT
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Alan T. Huie, Esq.                                               Date 18/3/2006

☞    Handwritten signature (X) ▼
x _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
CENTURY HOME ENTERTAINMENT

Number/Street/Apt ▼
180 South Spruce Avenue, Suite 250

City/State/ZIP ▼
South San Francisco, CA 94080

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu 3 – 071 – 438

EFFECTIVE DATE OF REGISTRATION

Aug 28 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

The Legendary Warrior (Episodes 7-32)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

薛仁貴傳奇

**NATURE OF THIS WORK ▼** See instructions

Drama Series

---

**2**

**a**   **NAME OF AUTHOR ▼**

Beijing Dafu Yang Guang Cultural Development Co Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ China ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006
Year in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
This information must be given ONLY if this work has been published.
Month ___ Day ___ Year ___
Unpublished
Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Beijing Dafu Yang Guang Cultural Development Co Ltd
c/o Century Home Entertainment
180 S Spruce Ave, Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
AUG 2006
ONE DEPOSIT RECEIVED
AUG 2 8 2006
TWO DEPOSITS RECEIVED
(5) 1/2" VT D
FUNDS RECEIVED
Chinese language and Subtitles

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | ⟨signature⟩ | | FORM PA |
| CHECKED BY | | | |
| ☐ | CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

CENTURY HOME ENTERTAINMENT            DA077623

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Alan T. Huie, Esq
CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue, Suite 250
South San Francisco, CA  94080

**b**

Area code and daytime telephone number   ( 650 )  871-8761              Fax number   ( 650 )  871-2887

Email  alanhuie@taiseng.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CENTURY HOME ENTERTAINMENT

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Alan T. Huie, Esq.                                    Date  8/22/2006

☞       Handwritten signature (X) ▼

x  ⟨signature⟩

| Certificate will be mailed in window envelope to this address. | **Name** ▼ CENTURY HOME ENTERTAINMENT | |
| | **Number/Street/Apt** ▼ 180 South Spruce Avenue, Suite 250 | |
| | **City/State/ZIP** ▼ South San Francisco, CA  94080 | |

**9**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper                          U.S. Government Printing Office: 2000-461-113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-355-575

**Effective date of
registration:**

August 8, 2007

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** The Fairies of Liaozhai (Episodes 1-38)

**Nature of Work:** Drama Series

## Completion/Publication ━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2007

**Date of 1st Publication:** June 28, 2007        **Nation of 1st Publication:** China

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Author:** Chinese Entertainment International Limited

**Work made for hire:** Yes

**Citizen of:** British Virgin Islands

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Chinese Entertainment International Limited

c/o CENTURY HOME ENTERTAINMENT, 180 South Spruce Avenue,
Suite 250, South San Francisco, CA 94080

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Lynda Hung, Esq.

**Date:** August 1, 2007

**IPN#:**

**Registration #:**

\* P A 0 0 0 1 3 5 5 5 7 5 \*

**Service Request #:** 1-8025191

CENTURY HOME ENTERTAINMENT
180 South Spruce Ave
Suite 250
South San Francisco, CA 94080

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**

**PA 1-383-677**

PA                              PAU
**EFFECTIVE DATE OF REGISTRATION**

6 - 25 - 07
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Love Is Not All Around

**PREVIOUS OR ALTERNATIVE TITLES ▼**

十分愛

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**

Gold Label Entertainment Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of __Hong Kong__
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
__2007__ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month __April__   Day __14__   Year __2007__
__Hong Kong__ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gold Label Entertainment Limited
c/o CENTURY HOME ENTERTAINMENT
180 South Spruce Ave, Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 2 5 2007
**ONE DEPOSIT RECEIVED**
JUN 2 5 2007 / DVD 0
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
Cantonese language
English and Chinese subtitles

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __0__ pages

EXAMINED BY _____    FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                         Account Number ▼

CENTURY HOME ENTERTAINMENT          DA 077623

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Lynda Hung, Esq.
CENTURY HOME ENTERTAINMENT
180 South Spruce Ave, Suite 250, South San Francisco, CA 94080

**b**

Area code and daytime telephone number    ( 650 ) 871-8761          Fax number   ( 650 ) 871-2887

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶   ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☒ authorized agent of   CENTURY HOME ENTERTAINMENT
                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lynda Hung, Esq.                                              Date   6/20/2007

Handwritten signature (X) ▼

☞          X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
CENTURY HOME ENTERTAINMENT

Number/Street/Apt ▼
180 South Spruce Ave, Suite 250

City/State/Zip ▼
South San Francisco, CA 94080

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA / Full   Rev: 07/2006   Print: 07/2006   30,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,001

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-383-678**

PA2        PAU

**EFFECTIVE DATE OF REGISTRATION**

6 - 25 - 07

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

The Lady Iron Chef

**PREVIOUS OR ALTERNATIVE TITLES ▼**

美女食神

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**

Jing's Production Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ Hong Kong
     Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
     Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
     Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2007
Year    This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month March    Day 8    Year 2007
Hong Kong    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Jing's Production Limited
c/o CENTURY HOME ENTERTAINMENT
180 South Spruce Ave, Suite 250, South San Francisco, CA 94080

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 2 5 2007
**ONE DEPOSIT RECEIVED**
JUN 2 5 2007  DVO  D
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
Cantonese language
English and Chinese subtitles

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY  Dow | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

**a** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

CENTURY HOME ENTERTAINMENT                    DA 077623

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Lynda Hung, Esq.
CENTURY HOME ENTERTAINMENT
180 South Spruce Ave, Suite 250, South San Francisco, CA 94080

Area code and daytime telephone number  ( 650 ) 871-8761          Fax number  ( 650 ) 871-2887
Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CENTURY HOME ENTERTAINMENT
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lynda Hung, Esq.                                          Date  6/20/2007

Handwritten signature (X) ▼
☞        x _____ Y. 1. H _____

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
CENTURY HOME ENTERTAINMENT
Number/Street/Apt ▼
180 South Spruce Ave, Suite 250
City/State/Zip ▼
South San Francisco, CA 94080

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA Full  Rev: 07/2006  Print: 07/2006  xx,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/60,xxx