UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x     07-CIV-8296(SHS)
U2 HOME ENTERTAINMENT, INC.,                 :
                                             :
                 Plaintiff,                  :
                                             :
            vs.                              :
                                             :
FU SHUN WANG AND "JOHN DOES" II              :
THROUGH V DOING BUSINESS AS                  :
AS "BROADWAY VIDEO"                          :
                                             :
                 Defendants.                 :
                                             :
- - - - - - - - - - - - - - - - - - - - - -x


                 AFFIDAVIT OF SERVICE BY MAIL


     I, Julia Montanez, being sworn, say: I am not a party to the

action, am over 18 years of age and reside in Newark, New Jersey.

On November 30, 2007 I served VIA MAIL the NOTICE OF MOTION FOR

DEFAULT JUDGMENT AGAINST FU SHUN WANG D/B/A BROADWAY VIDEO and

the MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A

DEFAULT JUDGMENT AGAINST FU SHUN WANG D/B/A BROADWAY VIDEO dated

November 30, 2007 to:

                 FU SHUN WANG
                 144 EAST BROADWAY
                 APARTMENT 8
                 NEW YORK, NEW YORK 10002


Dated:  November 30, 2007


                                   _____
                                            Julia Montanez